```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

      v.

ROCK PARADISE, LLC,

                        Defendant.

21-CV-9988 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Complaint was filed with the Court on November 24, 2021 and a summons was issued on November 29, 2021. Plaintiff, however, does not appear to have served the Complaint or summons on Defendant. It is hereby:

      ORDERED that Plaintiff submit a letter to the Court by March 7, 2022 as to why he has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant has been served, when and in what manner such service was made. If the Court does not receive a letter by March 7, 2022 showing good cause as to why such service was not effected within those 90 days, the Court may dismiss this case.

SO ORDERED.

Dated:    February 28, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge