```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

ROCK PARADISE, LLC,

                Defendant.

21-CV-9988 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 4, 2022, Plaintiff filed an affidavit of service stating that Defendant was served on January 13, 2022. Defendant's answer was due February 3, 2022. Defendant has not answered, moved, or otherwise responded to the Complaint. Nor have the parties complied with the Court's Order of December 13, 2021, in which the Court directed the parties to submit a letter within 45 days of service discussing their settlement efforts. On March 4, 2022, Plaintiff filed a proposed Certificate of Default, and the Clerk of Court issued a Certificate of Default that day.

    If the parties intend to submit a joint letter, they shall do so by no later than April 4, 2022. If they do not do so, and Plaintiff intends to move for default judgment, he shall do so by April 18, 2022.

    Plaintiff shall serve a copy of this Order on Defendant by March 28, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    March 21, 2022
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge